| | |
|---|---|
| | **IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**  |
| | The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1. |
| | **Dated: September 24, 2009** |
| | *Randolph J. Haines* |
| | **RANDOLPH J. HAINES** |
| | **U.S. Bankruptcy Judge** |

1  **PERRY & SHAPIRO, L.L.P.**
   3300 N. Central Avenue, #2200
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile
   (847) 627-8802 Facsimile
4  AZNotices@logs.com, e-mail
   Christopher R. Perry, Bar #009801
5  Jason P. Sherman, Bar #019999
   Attorney for Mers Inc., as nominee for
6  JP Morgan Chase Bank NA
   [FILE 09-016585 CHE]
7

8              **UNITED STATES BANKRUPTCY COURT**
                      **DISTRICT OF ARIZONA**
9

| In re: | Case # 2:09-bk-17266-RJH |
|---|---|
| AARON W. PHILLIPS, | Chapter 7 Proceedings |
| Debtor. | |
| Mers Inc., as nominee for JP Morgan Chase Bank NA, its assignees and / or successors in interest, | **ORDER LIFTING THE AUTOMATIC STAY** |
| Movant, | Re: Real Property located at 855 North Dobson Road #1071 Chandler, AZ 85224 |
| v. | |
| AARON W. PHILLIPS, Debtor, and Chapter 7 Trustee S. William Manera, | |
| Respondents. | |

18    The court finds that a Motion for Relief From the Automatic
19  Stay and a Notice of Filing of the Motion have been filed with
20  the Court and served upon interested parties in the above
21  captioned matter by Mers Inc., as nominee for JP Morgan Chase
22  Bank NA, ("CHASE"), and that good cause exists to grant the
23  Motion for Relief;
24

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 855 North Dobson Road #1071, Chandler, AZ 85224 and legally described as:

> UNIT 1071, LAKESIDE VILLAGE CONDOMINIUM, A CONDOMINIUM AS CREATED BY THAT CERTAIN DECLARATION RECORDED IN INSTRUMENT NO. 2006-0516098 AND FIRST AMENDMENT RECORDED IN INSTRUMENT NO. 2006-0794902 AND AS SHOWN ON THE PLAT OF SAID CONDOMINIUM RECORDED IN BOOK 830 OF MAPS, PAGE 40, RECORDS OF MARICOPA COUNTY, ARIZONA; TOGETHER WITH A PROPORTIONATE INTEREST IN AND TO THE COMMON AREAS, AS SET FORTH IN SAID DECLARATION AND AS SHOWN ON THE PLAT OF SAID CONDOMINIUM

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any

other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Randolph J. Haines
U. S. Bankruptcy Court Judge